| Submit this form by e-mail to: | | FILED |
|---|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov | For Los Angeles criminal duty. | CLERK, U.S. DISTRICT COURT |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov | For Santa Ana criminal duty. | 01/09/2023 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov | For Riverside criminal duty. | CENTRAL DISTRICT OF CALIFORNIA BY: AP DEPUTY |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 5:23-mj-00011    0647 5:20CR00172-001 |
| V. | |
| SHERRELL, TRAYNAL LENONE | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 79587-112   DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 01/09/2023 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: ____

7. Year of Birth: 1985

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ____ Phone Number: ____

9. Name of Pretrial Services Officer notified: PRE TRIAL OFFICER

10. Remarks (if any): ____

11. Name: Cesar Perez (please print)

12. Office Phone Number: 951.276.6120

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 01/09/2023

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION